# EXHIBIT A

# AGREEMENT FOR CONSULTING SERVICES

THIS AGREEMENT (this "Agreement") is made and entered into effective as of January 9, 2017 (the "Effective Date") by and between **ALTERNATE HEALTH USA INC.** a Delaware company ("the Company") and **ALTERNATE HEALTH CORP, ("AHC")** a BC corporation located at 56 Temperance Street, Suite 300, Toronto, Ontario, Canada M5H 3V5, and Paul Edalat (and his assigns subject to the approval of the Company) ("Consultant") located at 17809 Gillette Avenue, Irvine, California 92614 USA.



# AGREEMENT FOR CONSULTING SERVICES

# AGREEMENT FOR CONSULTING SERVICES

# AGREEMENT FOR CONSULTING SERVICES

Addendum to the

## AGREEMENT FOR CONSULTING SERVICES

THIS ADDENDUM TO THE AGREEMENT (this "Agreement") is made and entered in to effective as of January 9, 2017 (the "Effective Date") by and between **Alternate Health USA Inc,** a Delaware company ( the "Company") and **Alternate Health Corp.**, ("AHC") a BC corporation, located at 56 Temperance Street, Suite 300, Toronto, Ontario, Canada M5H 3V5, and Paul Edalat (and his assigns subject to the approval of the Company) ("Consultant") located at 17809 Gillette Avenue, Irvine, California 92614 USA.

Consultant has the right to name his "Assigns" for approval of Company and distribution of the shares as shown below, and Consultant has signed this Addendum to confirm his distribution.

From section 2.1 (a): 275,000 shares to 'Amir Asvadi'

From Section 2.1 (c): please allocate to following shareholders:

Federico Guillermo Cabo: 50,000

Federico Guillermo Cabo Alvarez: 50,000

Farah Barghi: 50,000

Amir Asvadi: 25,000

Nicole Fletcher: 15,000

Olivia Karpinski: 15,000

Please assign the shares from the appropriate sections of the Agreement to the people listed above

_____

Paul Edalat

Title: Consultant

Date: 1-9-17