# EXHIBIT B

# LICENSE AGREEMENT

## FOR SUBLINGUAL DELIVERY SYSTEM

THIS **LICENSE AGREEMENT** ("Agreement") is made and entered into January 9, 2017, ("Effective Date") by and between **EFT GLOBAL HOLDINGS, d.b.a. SENTAR PHARMACEUTICALS** (and its assigns subject to the approval of Licensee) ("Licensor") located at 17809 Gillette Avenue, Irvine, California 92614 USA and **ALTERNATE HEALTH CORP.,** ("AHC") a BC corporation, located at 56 Temperance Street, Suite 300, Toronto, Ontario, Canada M5H 3V5 and **ALTERNATE HEALTH USA INC**. a Delaware company registered at 200 W. Madison St. Suite 3900 Chicago IL. 60606 ( together "Licensee"). Licensor and Licensee shall be individually known as "Party" and collectively as "Parties".



# LICENSE AGREEMENT

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM

**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM

**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM

**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM



**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM

**LICENSE AGREEMENT**

FOR SUBLINGUAL DELIVERY SYSTEM