# EXHIBIT C

# MANUFACTURING AGREEMENT

This **MANUFACTURING AGREEMENT** is made and entered into as January 16, 2017 by and between **EFT GLOBAL HOLDINGS, d.b.a. SENTAR PHARMACEUTICALS** ("Manufacturer") located at 17809 Gillette Avenue, Irvine, California 92614 USA and **ALTERNATE HEALTH USA INC.,** (" Purchaser"), a Delaware corporation with interim address C/O 56 Temperance Street, Suite 300, Toronto, Ontario, Canada M5H 3V5.  Manufacturer and Purchaser shall be individually known as "Party" and collectively as "Parties".

**WHEREAS,** Manufacturer has the equipment, expertise and other required resources to manufacture and bottle sublingual tablets, and

**WHEREAS,** Purchaser requires tablets for research purposes, and

**WHEREAS,** Purchaser can source the raw material ("Raw Material") for the tablets.

**THEREFORE,** the Parties have entered this Agreement and herein agree to abide and be bound by the following terms and conditions.

1. The Parties will mutually agree on the specification for the tablets.
2. The Purchaser agrees to supply approximately l kilo of Raw Material to manufactured into sublingual tablets.
3. The Manufacturer agrees to manufacture tablets for delivery not more than 30 days following receipt of the Raw Materials. The tablets are to be packaged in demo size bottles consistent with historical practice.
4. The Purchaser agrees to pay Manufacturer $150,000 to manufacture and bottle the tablets, payable as follows:
    a.) $100,000  2 days following the commencement of the trading of Alternate Health Corp on the Canadian Securities Exchange
    b.) $50,000 payable on delivery of the tablets to the Purchaser
    c.) The price is FOB Manufacturer's plant and is inclusive of demo size bottle packaging.

**IN WITNESS WHEREOF,** the Parties hereto have executed this Agreement by their duly authorized representatives.

**MANUFACTURER**

**SENTAR PHARMACETTICALS**

By: _____
Name: **Paul Edalat**
Title: Director

**PURCHASER**

**ALTERNARE HEALTH USA INC.**

By: _____
Name: **Jim Griffiths**
Title: CFO