1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alternative Health USA Inc., and Alternate Health Corp., <br><br> Plaintiffs, <br> vs. <br> Paul Edalat, <br><br> Defendant. | Case No. 8:17-cv-01887-CJC (JDEx) <br><br> ORDER DISMISSING WITHOUT PREJUDICE COUNTERCLAIMANT'S FIFTH CAUSE OF ACTION AGAINST COUNTERDEFENDANT COMPUTERSHARE INVESTOR SERVICES, INC. IN SECOND AMENDED COUNTERCLAIM |
| Paul Edalat, <br><br> Counterclaimant, <br> vs. <br> Alternative Health USA Inc., Alternate Health Corp., Howard Mann, Michael L. Murphy, M.D., and Computershare Investor Services, Inc., <br><br> Counterdefendants. | |

Pursuant to the Stipulation to Dismiss Counterclaimant's Fifth Cause of Action Against Counterdefendant Computershare Investor Services, Inc. ("Computershare") in Second Amended Counterclaim filed with the Court, Counterclaimant Paul Edalat's Fifth Cause of Action for conversion against Computershare is hereby dismissed without prejudice, with each party to bear his/its own attorney's fees and costs with respect to this cause of action.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
Hon. Cormac J. Carney
United States District Judge