1   John J.E. Markham, II (CA Bar No. 69623)
2   Bridget A. Zerner (Pro Hac Vice)
    MARKHAM & READ
3   One Commercial Wharf West
4   Boston, Massachusetts 02110
    Tel: (617) 523-6329
5   Fax: (617) 742-8604
6   Email: *jmarkham@markhamread.com*
    *bzerner@markhamread.com*
7   Attorneys for Plaintiffs and Counter Defendants.
8

9           IN THE UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10

11  Alternate Health USA Inc.,                )    **CASE NO:  8:17-cv-1887-CJC-JDE**
    Alternate Health Corp., and               )
12  Alternate Health, Inc.,                   )    **[Discovery Document: Referred to**
13                    Plaintiffs,             )    **Magistrate Judge John D. Early]**
                                              )
14  v.                                        )
                                              )    **NOTICE OF MOTION AND MOTION**
15  Paul Edalat,  Olivia Karpinski,           )    **TO COMPEL DEFENDANTS TO**
16  Farah Barghi, EFT Global                  )    **RESPOND TO REQUESTS FOR**
    Holdings, Inc. d/b/a Sentar               )    **PRODUCTION OF DOCUMENTS**
17  Pharmaceuticals, and APS Health           )    **AND TO RESCHEDULE**
    Sciences, Inc.,                           )    **DEPOSITION DATES**
18                                            )
19                    Defendants.             )
    _____          )
20  Paul Edalat,                              )    **Date: Thursday, October 3, 2019**
21           Counterclaimant,                 )    **Time: 10:00 a.m.**
22  v.                                        )    **Courtroom 6A, 6th Floor**
                                              )    **411 W. Fourth Street**
23  Alternate Health USA Inc., Alternate      )    **Santa Ana, CA 92701**
24  Health Corp, Howard Mann, Michael L.      )
    Murphy, M.D. and Computershare            )    Discovery Cut-Off: October 6, 2019
25  Investor Services, Inc.                   )    Pretrial Conference: October 28, 2019
26           Counter Defendants.              )    Jury Trial: November 5, 2019
27
28

*NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO RESPOND TO REQUEST FOR*
*PRODUCTION OF DOCUMENTS AND TO RESCHEDULE DEPOSITION DATES*
**Case No. 8:17-cv-1887-CJC-JDE**

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on Thursday, October 3, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 6A of the United States District Court, located at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA 92701, Plaintiffs Alternate Health USA, Inc., Alternate Health Corp., and Alternate Health, Inc. (herein, collectively, "Alternate Health") will and hereby do move this Court for:

1. an Order compelling Defendants to produce, by a date certain, all responsive documents to Alternate Health's First Set of Document Requests and a written response to the requests without any objections as such objections have been waived and stating that in the event Defendants refuse to comply with this Order, Defendants will then be barred from using any documents other than those produced as of that time to support or defend against any claim or defense or any other issue in this litigation including at trial; and

2. an Order compelling Defendants to provide dates for the depositions that were suspended due to Defendants' failure to produce documents in advance and for these depositions to be rescheduled after document production has been made in compliance with this Court's Order.

*NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS AND TO RESCHEDULE DEPOSITION DATES*
**Case No. 8:17-cv-1887-CJC-JDE**

1

2

3       Alternate Health also seeks reasonable expenses and fees be paid as the

4   Court deems appropriate under Fed. R. Civ. P. 37(a)(5). Counter Defendant

5   Computershare Investor Services, Inc. joins in Plaintiffs' Contention and requested

6   relief as stated in the accompanying stipulation filed in support of this motion.

7       This motion is made pursuant to LR 6-1 and L.R. 37-2.4 as set out in the

8   accompanying Declaration of Bridget A. Zerner.  As this is a discovery dispute,

9   undersigned counsel for Plaintiffs wrote to counsel for Defendants, Saied Kashani,

10  pursuant to L.R. 37-1, seeking a Pre-Filing Conference of Counsel, and setting out

11  Plaintiffs' position on this dispute.  Defendants' counsel did not respond to this

12  request to meet and confer.  Plaintiffs then drafted and served a stipulation on

13  Defendants' counsel pursuant to LR 37-2.  Attorney Kashani responded to this by

14  raising issues about whether a party would appear for his deposition but did not

15  address the dispute of failure to produce documents that he previously said he had

16  to produce. Mr. Kashani did not provide his portion of the stipulation pursuant to

17  LR 37-2.2 in seven days as required.  Therefore, the parties were unable to resolve

18  the dispute and Plaintiffs file this notice of motion and motion along with a

19  declaration pursuant to L.R. 37-2.4.

*NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO RESPOND TO REQUEST FOR
PRODUCTION OF DOCUMENTS AND TO RESCHEDULE DEPOSITION DATES*
**Case No. 8:17-cv-1887-CJC-JDE**

1

2

3

Plaintiffs rely on the accompany Declaration of Bridget A. Zerner along
with the contentions and points and authority set out in their portion of the

4

accompanying stipulation and the accompanying exhibits.

5

Dated: September 4, 2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARKHAM & READ

 */s/ John J.E. Markham, II*
John J.E. Markham, II, SBN 69623
*/s/ Bridget A. Zerner*
Bridget A. Zerner (Pro Hac Vice)
One Commercial Wharf West
Boston, MA 02110
Tel: 617-523-6329
Fax: 617-742-8604
jmarkham@markhamread.com
bzerner@markhamread.com

*Counsel on behalf of Plaintiffs Bruce
Cahill, Greg Cullen, Ron Franco, and
Pharma Pak and Counter Defendants
Alternate Health USA Inc., Alternate
Health Corp, Howard Mann, Michael
L. Murphy, M.D.*

## CERTIFICATE OF SERVICE

Commonwealth of Massachusetts          ) ss,
County of Suffolk.                     )

      I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action.  My business address is One Commercial Wharf West, Boston MA 02110

      On September 4, 2019, I served the foregoing document described as:

**NOTICE OF MOTION AND MOTION; DECLARATION OF BRIDGET A. ZERNER; LR 37-2.1 STIPULATION; EXHIBITS A AND B**

[X] **BY ELECTRONIC MAIL via the ECF filing system on**:

Saied Kashani, Esquire
800 West First Street Suite 400
Los Angeles, California 90012
saiedkashani@gmail.com
*Attorneys for Defendants Paul Pejman Edalat, Olivia Karpinski, Farah Barghi, EFT Global Holdings, Inc. d/b/a Sentar Pharmaceuticals, and APS Health Sciences, Inc.*

David S. Alverson
Lesnick Prince & Pappas LLP
315 W. Ninth St., Suite 705
Los Angeles, CA  90015
dalverson@lesnickprince.com
*Attorney for Counter Defendant Computershare Investor Services, Inc.*

Executed on September 4, 2019, in Los Angeles, California.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

                */s/ Bridget A. Zerner*
                 Bridget A. Zerner

*NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS AND TO RESCHEDULE DEPOSITION DATES*
**Case No. 8:17-cv-1887-CJC-JDE**