John J.E. Markham, II (CA Bar No. 69623)
Elizabeth Read (CA Bar No. 87618)
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
Email: jmarkham@markhamread.com
       eread@markhamread.com

Attorneys for Plaintiffs and Counter Defendants

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Alternate Health USA Inc. and Alternate Health Corp., <br><br> Plaintiff, <br><br> v. <br><br> Paul Edalat, <br><br> Defendant. <br> ———————————————— <br> Paul Edalat, <br><br> Counterclaimant, <br> v. <br> Alternate Health USA Inc., Alternate Health Corp, Howard Mann, Michael L. Murphy, M.D. and Computershare Investor Services, Inc. <br><br> Counter Defendants. | **CASE NO: 8:17-cv-1887-CJC-JDE** <br><br> **STATUS REPORT SUBMITTED BY PLAINTIFFS** <br><br><br> Discovery Cut-Off: October 4, 2019 <br> Pretrial Conference: October 28, 2019 <br> Jury Trial: November 5, 2019 |

Plaintiffs / Counter Defendants Alternate Health USA, Inc. and Alternate Health Corp. and Alternate Health USA, Inc. (herein, "Plaintiffs"), and Counter Defendants Howard Mann and Michael Murphy, by and through their counsel of record, submit this Status Conference Statement at the direction of this Court's Minute Order (Dkt. No. 89) to address the following:

> (1) what material factual matters have changed since the filing of the Motion; and (2) how this Court can grant the portion of the Motion seeking an order to "Reschedule Deposition Dates" when Judge Carney's Scheduling Orders provide for a discovery cutoff date of October 4, 2019—the date after the hearing on the Motion.

(Order p. 2)

The simple answer is that no matters have changed as of this time that would authorize the rescheduling sought by the motion filed yesterday. Therefore the relief sought yesterday may not be granted in the current procedural posture. This Court was therefore correct in denying that motion to reschedule.

However, as the Court also directed, the parties, through counsel, have continued (with communications again this morning) to attempt to resolve fully the dispute resulting in the motion to compel and we have now done so. Counsel for Defendants has stipulated, see the attached Stipulation, that as of three weeks from today all previously produced documents produced by Defendants will be produced again with Bate-stamping on them so that they can be better presented

at trial. Based on this promise, Plaintiffs agree to withdraw the pending motion as moot and we are doing so by a Notice of Withdrawal and Motion to Withdraw filed today.

We regret the lapse which resulted in the request that this Court exceed the discovery scheduling parameters previously set in this case but are pleased to announce that we have now worked out the only discovery dispute that had remained opened.[1]

Respectfully submitted,

Dated: October 2, 2019            MARKHAM & READ

By: */s/ John J.E. Markham, II*
    John J. E. Markham, II

Attorney for Plaintiffs ALTERNATE HEALTH USA INC. and ALTERNATE HEALTH CORP. and Counter Defendants HOWARD MANN and MICHAEL MURPHY

---

[1] While not germane to this Status Conference because it has not yet occurred, the Defendants have announced that they will seek leave to file an amendment to their counterclaim but they have not yet done so and that is, obviously, subject to leave of the Court.

# CERTIFICATE OF SERVICE

Commonwealth of Massachusetts, County of Suffolk

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action.  My business address is One Commercial Wharf West, Boston, Massachusetts  02110.

On the date set forth below, I served the foregoing document described as:

> **Plaintiffs' and Counterclaim Defendants' Status Report and attached Stipulation**

[X] **BY CM/ECF FILING SYSTEM on**:

Saied Kashani, Esquire *via saiedkashani@gmail.com*
800 West First Street, Suite 400
Los Angeles, California 90012
*Counsel for Defendants Paul Edalat and*
*EFT Global Holding, Inc. dba Sentar*

David S. Alverson *via dalverson@lesnickprince.com*
Lesnick Prince & Pappas LLP
315 W. Ninth St., Suite 705
Los Angeles, CA  90015
*Attorneys for Counter Defendant*
*Computershare Investor Services Inc.*

  I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

  Executed on October 2, 2018 in Boston, Massachusetts.

             */s/ Bridget A. Zerner*
             Bridget A. Zerner