UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01887-JWH (JDEx) | Date | January 29, 2021 |
| Title | *Alternate Health USA Inc., et al. v. Paul Edalat, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John James E. Markham, II | Mir Saied Kashani |
| Bridget A. Zerner | David S. Alverson |

**Proceedings:** VIDEO HEARING RE: STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel. For the reasons stated in open court, the Court hereby **ORDERS** as follows:

1. No later than March 26, 2021, the parties are **DIRECTED** to conduct a Settlement Conference before Magistrate Judge Early. The parties are **DIRECTED** to review and to comply with Magistrate Judge Early's procedures for Settlement Conferences. The parties are **DIRECTED** to meet and confer immediately regarding the schedule for the Settlement Conference. At or before 12:00 noon on February 2, 2021, the parties are **DIRECTED** jointly to communicate with Magistrate Judge Early's Courtroom Deputy Clerk and to provide three proposed dates for the Settlement Conference. Unless expressly excused by Order of this Court, (a) each individual party is **DIRECTED** to participate in the Settlement Conference; and (b) each corporate party is **DIRECTED** to designate a representative, with full settlement authority, to participate in the Settlement Conference.

2. The Final Pretrial Conference is **CONTINUED** from March 5, 2021, to April 9, 2021, at 11:00 a.m.

**IT IS SO ORDERED.**

Time: 0:26
Initials of Preparer: iv