# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:17-cv-01887-JWH (JDEx) | Date | March 10, 2021 |
| Title | Alternate Health USA Inc., et al. v. Paul Edalat, et al., etc. | | |

Present: The Honorable **John D. Early, United States Magistrate Judge**

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s)/Counterdefendants: | Attorney(s) Present for Defendant(s)/Counterclaimants: |
|---|---|
| John E. Markham, Bridget A. Zerner, David S. Alverson | Saied Kashani |

**Proceedings:**     Settlement Conference

On March 10, 2021, the parties or representatives of the parties and counsel for the parties appeared by videoconference before Magistrate Judge Early for a settlement conference. After 3 hours and 10 minutes of discussions and consideration, the parties did not reach a settlement of the case. The parties were reminded to comply with all of Judge Holcomb's reporting requirements.

cc: Judge Holcomb

                                                                                     3  :  10

                                                         Initials of Clerk:   mba