UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | SACV 17-01887-JWH (JDEx) | Date | March 19, 2021 |
|---|---|---|---|
| Title | *Alternate Health USA, Inc., et al. v. Paul Edalat* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John James E. Markham, II | Mir Saied Kashani |
| | David S. Alverson |

**Proceedings:**   **VIDEO HEARING RE:  DEFENDANTS APS HEALTH SCIENCES, INC., FARAH BARGHI, EFT GLOBAL HOLDINGS, INC. D/B/A SENTAR PHARMACEUTICALS, PAUL EDALAT, OLIVIA KARPINSKI'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFFS' OPERATIVE (FIRST AMENDED) COMPLAINT [ECF No. 116] & STATUS CONFERENCE**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  The Court takes the motion [ECF No. 116] under submission.  The Court further confers with counsel regarding the Final Pretrial Conference and possibility of adjusting that date.

**IT IS SO ORDERED.**

Time:  01:17
Initials of Preparer: iv