UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | SACV 17-01887-JWH (JDEx) | Date | June 4, 2021 |
|---|---|---|---|
| Title | *Alternate Health USA, Inc., et al. v. Paul Edalat* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John James E. Markham, II | David S. Alverson (Counterdefendant) |

**Proceedings:**   **STATUS CONFERENCE**

Mr. Markham and Mr. Alverson state their appearances. No appearance is made by Mr. Kashani, counsel for Defendants/Counterclaimants. The Court confers with counsel regarding the trial schedule and logistics. For the reasons stated on the record, the Court **SETS** the hearing on Motions *in Limine* and Final Pretrial Conference for Thursday, July 8, 2021, at 10:00 a.m., and the eight-day Jury Trial for Monday, August 16, 2021, at 9:00 a.m. The parties are **ORDERED** to appear **in person** on July 8, 2021, and August 16, 2021, in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse, located at 3470 12th St., Riverside, CA 92501.

**IT IS SO ORDERED.**

Time:  00:46
Initials of Preparer: iv