```
SAIED KASHANI SBN 144805
800 W 1st Street Suite 400
Los Angeles, CA  90012
tel. (213) 625 4320
saiedkashani@gmail.com
```

Attorneys for Defendants and Counterclaimants.

## IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Alternate Health USA Inc., Alternate Health Corp., and Alternate Health, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Paul Edalat, Olivia Karpinski, Farah Barghi, EFT Global Holdings, Inc. d/b/a Sentar Pharmaceuticals, and APS Health Sciences, Inc.,<br><br>Defendants.<br><br>Paul Edalat, EFT Global Holdings Inc., et al.<br><br>Counterclaimant,<br>v.<br>Alternate Health USA Inc., Alternate Health Corp, Howard Mann, Michael L. Murphy, M.D. and Computershare Investor Services, Inc.<br><br>Counter Defendants. | **CASE NO: 8:17-cv-1887-JWH-JDEx**<br><br>**ORDER CONTINUING TRIAL DATE**<br><br>**Submitted June 16, 2021**<br><br>**Dept.: Courtroom 2**<br>**US Courthouse**<br>**3470 12th Street**<br>**Riverside, CA  92501**<br><br>**Current trial date: August 15, 2021**<br><br>**Request continuance: 2-3 weeks or as convenient for the Court** |

The Court, having reviewed the "Unopposed Ex Parte Application to Continue Trial Date" filed by Defendants and Counterclaimants [ECF No. 175], and good cause appearing therefor, hereby **ORDERS** as follows:

The trial date in this matter is **CONTINUED** from August 16, 2021, to October 18, 2021, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: July 7, 2021

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

submitted by:

Dated:  July 6, 2021


/s/ Saied Kashani
       Saied Kashani

Attorney for Defendants/Cross-complainants EFT Global dba Sentar, APS Health Sciences, Paul Edalat, Farah Barghi and Olivia Karpinski

1