UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:17-cv-01887-JWH-JDE | Date: | December 3, 2021 |
| Title: | *Alternate Health USA Inc. et al v. Paul Edalat* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

       The Court set a settlement conference matter for December 7, 2021 at 11:00 a.m.  To date, Defendant/ Counter Plaintiff Paul Edalat's Counsel ("Counter Plaintiff") has not complied with the Settlement Conference Order ("Order") issued by this Court on November 16, 2021.  Pursuant to the Order, Counsel are to submit their confidential brief statement no later than 4:00 p.m. five (5) court days prior to the settlement conference date.  The Court did not receive Counter Plaintiff's statement which was due November 30, 2021 nor has the Court received it as of the issuance of this Order.  On December 2, 2021 the Courtroom Deputy Clerk sent an email to all the parties regarding briefs and provided another deadline of 4:00 p.m. December 3, 2021 to submit any briefs.  As of 4:40 p.m. on December 3, 2021, the Court has yet to receive any briefs from Defendant/Counter Plainitff.

       Accordingly, the settlement conference set for December 7, 2021 at 11:00 a.m. will be taken off calendar and instead will hold a ORDER TO SHOW CAUSE HEARING.  The parties are directed to log in to http://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to access the Zoom Webinar link for this hearing.

       Failure to comply further with this Court order may result in sanctions.

       **IT IS SO ORDERED.**