UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  8:17-cv-01887-JWH-JDE                             Date: December 7, 2021

Title  ***Alternate Health USA, Inc., et al. v. Paul Edalat***

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s)/ Counter Defendants: | Attorney(s) Present for Defendant(s)/ Counter Plaintiff: |
|---|---|
| Bridget A. Zerner<br>David S. Alverson | Saied Kashani |

**Proceedings:**     **ORDER TO SHOW CAUSE HEARING**

The Court held an Order to Show Cause hearing as previously scheduled.  Attorneys for Plaintiff, Bridget A. Zerner, and Counter-Defendant, David S. Alverson, were present.  Attorney for Defendant/Counter Plaintiff, Saied Kashani, was also present.  As discussed on the record, the Court determined that a settlement conference would be ineffective at this time.  Defendant/ Counter Plaintiff did not submit their portion of their settlement statement pursuant to the Magistrate Judge's settlement conference order for the reasons stated on the record.  This Court will convey the information to District Judge Holcomb as discussed on the record.  The parties are encouraged to determine their next course of action and if this matter is referred again to conduct a settlement then one can be scheduled later.

:25

**Initials of Preparer**   DC