JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERNATE HEALTH USA INC.; ALTERNATE HEALTH CORP.; and ALTERNATE HEALTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL EDALAT; OLIVIA KARPINSKI; FARAH BARGHI; EFT GLOBAL HOLDINGS, INC. D/B/A SENTAR PHARMACEUTICALS; and APS HEALTH SCIENCES, INC., <br><br> Defendants. | Case No. 8:17-cv-01887-JWH-JDEx <br><br> **JUDGMENT** |
| PAUL EDALAT; EFT GLOBAL HOLDINGS, INC. dba SENTAR PHARMACEUTICALS; FARAH BARGHI; and OLIVIA KARPINSKI, on behalf of themselves and derivatively on behalf of ALTERNATE HEALTH USA INC. and ALTERNATE HEALTH CORP., <br><br> Counterclaimants, <br><br> v. <br><br> ALTERNATE HEALTH USA INC., ALTERNATE HEALTH CORP., ALTERNATE HEALTH, INC., | |

| | |
|---|---|
| 1 | HOWARD MANN, |
| 2 | MICHAEL L. MURPHY, M.D., and COMPUTERSHARE INVESTOR SERVICES, INC., |
| 3 | Counterdefendants. |

Pursuant to the "Memorandum Opinion and Order on Motion of Counterdefendant Computershare Investor Services Inc. to Dismiss Severed Claims for *Forum Non Conveniens* and in the Interest of International Comity [ECF No. 208] and Motion of All Other Parties to Dismiss Their Claims Against Each Other [ECF No. 191]" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(d)(2).

2. All claims in this action asserted by Plaintiffs Alternate Health USA, Inc.; Alternate Health Corporation; and Alternate Health, Inc. against Defendants Paul Edalat; Olivia Karpinski; Farah Barghi; EFT Global Holdings, Inc. d/b/a Sentar Pharmaceuticals; and APS Health Sciences, Inc. are **DISMISSED with prejudice**, with each party bearing his, her, or its own costs.

3. All counterclaims in this action asserted by Counterclaimants Paul Edalat; EFT Global Holdings, Inc. d/b/a Sentar Pharmaceuticals; and Farah Barghi and Olivia Karpinski, on behalf of themselves and derivatively, against Counterclaimants Alternate Health USA, Inc.; Alternate Health Corporation; Alternate Health, Inc.; Howard Mann; and Michael L. Murphy are **DISMISSED with prejudice**, with each party bearing his, her, or its own costs.

4. The counterclaims in this action asserted by Counterclaimants Paul Edalat; EFT Global Holdings, Inc. d/b/a Sentar Pharmaceuticals; and Farah Barghi and Olivia Karpinski, on behalf of themselves and derivatively, against Counterdefendant Computershare Investor Services Inc. are **DISMISSED without prejudice** for *forum non conveniens*.

/ / /

/ / /

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 14, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE